## MOORE v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 136, September Term, 1963.]

*Decided April 27, 1964.*

Before the entire Court.

PER CURIAM.

The application of James Ed. Moore for leave to appeal from the order denying him post conviction relief from his imprison-

ment for armed robbery is hereby denied for the reasons stated in the opinion delivered by Judge Menchine in the lower court.

*Application denied.*